IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:07-CR-18 (WDO) |
|---|---|
| v. | : |
| TAVARES K. MIDDLEBROOKS | : |
| _____ | : |

## ORDER

Upon the motion of the Government, for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the October term of court to the next term of court. In support of this order the court finds that:

(1)

A superseding indictment was returned during the August session of the Grand Jury. Defendant has not been arraigned on the superseding indictment.

(2)

The Government's intends to pursue a second superseding indictment to add substantive drug charges which took place while Defendant was on pretrial release.

(3)

WHEREFORE it is ordered that the case be continued from the October term of court to the next term of court. IT IS FURTHER ORDERED that any delay occasioned by the order be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 28th day of September, 2007.

                                             _____
                                             *s/ HUGH LAWSON*
                                             UNITED STATES DISTRICT JUDGE

Presented by:

s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655