IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TRAVARES MIDDLEBROOKS, | * | |
| Petitioner, | * | |
| | | CASE NO. 5:09-CV-9041 HL |
| vs. | * | 28 U.S.C. § 2255 |
| | | CASE NO. 5:07-CR-18 HL |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

**REPORT AND RECOMMENDATION**

On July 9, 2009, the Parties to this action filed a Joint Motion For Recommendation (Doc. 102), wherein they stipulated (1) that Petitioner Middlebrooks should be afforded an out-of-time appeal; (2) that a suitable method for perfecting such an appeal would be for the Court to grant Petitioner's Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, vacating Petitioner's judgment of conviction (Doc. 80) and reinstating the same instanter, thereby reseting Petitioner Middlebrooks' 10-day period after judgment of conviction to file a Notice of Appeal pursuant to F.R.A.P. 4(b); and (3) that Petitioner's trial related ineffective assistance of counsel claims be stayed pending appeal or dismissed without prejudice to refile following the resolution of his appeal. This procedure has been sanctioned by *United States v. Phillips,* 225 F.3d 1198, 1201 (11th Cir. 2000).

**WHEREFORE, IT IS HEREBY RECOMMENDED** that the District Judge enter an Order setting aside Petitioner's judgment of conviction (Doc. 80) and then reinstating same effective as of the date of reinstatement, for the sole purpose of affording Petitioner Middlebrooks opportunity to timely file a Notice of Appeal of the reinstated judgment of conviction pursuant to F.R.A.P. 4(b). Said Order would effect the dismissal of Petitioner's present ineffective assistance of counsel claims which may be refiled in a timely Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 following the resolution of his appeal.

**SO RECOMMENDED** this 27th day of July 2009.

**S/G. MALLON FAIRCLOTH**

**UNITED STATES MAGISTRATE JUDGE**