IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAVARES MIDDLEBROOKS, | : |
| Petitioner, | : |
| v. | : Case No. 5:07-CR-18 (HL) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 103), which recommends granting the Parties Joint Motion for Recommendation (Doc. 102). The Parties jointly stipulated (1) that Petitioner Middlebrooks should be afforded an out-of-time appeal; (2) that a suitable method for perfecting such an appeal would be for this Court to grant Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, vacating Petitioner's judgment of conviction (Doc. 80) and reinstating the same instanter, thereby resetting Petitioner Middlebrooks' 10-day period after judgment of conviction to file a Notice of Appeal pursuant to F.R.A.P. 4(b); and (3) that Petitioner's trial related ineffective assistance of counsel claims be stayed pending appeal or dismissed without prejudice to re-file following the resolution of his appeal.

The Court accepts and adopts the recommendations of the Magistrate Judge. Accordingly, the Court hereby:

(1) grants Petitioner an out-of-time appeal

(2) grants Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, vacating Petitioner's judgment of conviction (Doc. 80), and reinstates the same instanter, thereby resetting Petitioner Middlebrooks' 10-day period after judgment of conviction to file a Notice of Appeal pursuant to F.R.A.P. 4(b); and

(3) dismisses without prejudice Petitioner's trial related ineffective assistance of counsel claims which may be re-filed following the resolution of his appeal.

**SO ORDERED**, this the 18th day of August, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

wjc